UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOTERO MONTELLANO LOPEZ, III,

        Plaintiff,                            Case No. 24-cv-10916

v.                                            HON. MARK A. GOLDSMITH

JOCELYN BENSON et al,

        Defendants.
_____/

## OPINION & ORDER DENYING PLAINTIFF'S MOTION TO SEAL (Dkt. 8)

The matter before the Court is Plaintiff Sotero Montellano Lopez, III's motion to seal (Dkt. 8). Lopez asks the Court to issue an order sealing all dockets and removing all filing and case-related information in this action. His stated reason for this request is to protect privacy and to prevent the potential misuse of sensitive and confidential information. For the reasons explained below, Lopez's motion is denied.

The United States Court of Appeals for the Sixth Circuit has recognized a "strong presumption in favor of openness as to court records." Shane Group, Inc. v. Blue Cross Blue Shield of Michigan, 825 F.3d 299, 305 (6th Cir. 2016) (punctuation modified). "Only the most compelling reasons can justify non-disclosure of judicial records," and even where a compelling reason to seal a document or portions of a document is present, "the seal itself must be narrowly tailored to serve that reason." Id. (punctuation modified). Therefore, the party seeking to seal "must analyze in detail, document by document, the propriety of secrecy, providing reasons and legal citations." Id. at 305–306 (punctuation modified). Here, Lopez has not analyzed document by document the propriety of secrecy. Instead, he has simply sought a blanket sealing of all

documents and information associated with this case. The Court lacks authority to grant such a sweeping request. It similarly lacks authority to order entities who are not before the court not to disseminate information from court records. Lopez's motion to seal is, thus, denied (Dkt. 8).

**SO ORDERED.**

Dated: August 7, 2025  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 7, 2025.

s/Joseph Heacox  
JOSEPH HEACOX  
Case Manager